IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN                                                                PLAINTIFF
ADC #138119

v.                               No: 5:18-cv-00236 JM-PSH

RAYMOND MOLDEN, *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Stricklin's motion for summary judgment (Doc. No. 8) is denied.

DATED this 7th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE