IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN                                                                PLAINTIFF
ADC #138119

v.                          No: 5:18-cv-00236 JM-PSH

RAYMOND MOLDEN, *et al.*                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 13th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE